**E-FILED**
Monday, 07 January, 2013  12:19:14 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| **THOMAS BELTON, individually and on behalf all others similarly situated,** <br><br>         **Plaintiffs,** <br><br><br>   **v.** <br><br> **ALAMO CLAIM SERVICE, PETER PERRINE, THORLIN LEE, DAVID SERFASS, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** <br><br>         **Defendants.** | **1:12-cv-01306-JES-BGC** <br><br><br> **NOTICE OF MOTION** |

Plaintiff Thomas Belton hereby moves the Court to issue a Protective Order preventing any Defendant from: (1) threatening him or any other putative class members with adverse consequences as a result of joining this case; (2) publicizing Belton's criminal convictions in any manner, including verbal, written, or electronically in connection with his motion for conditional certification and notice to the class; (3) retaliating against him or any other putative class members in any form for raising claims in this action. Belton also respectfully requests that the Court strike parts of Alamo Defendants' opposition brief that is related to the threats, specifically, the section labeled 18 U.S.C. § 1033 and ¶ 10 of Thorlin Lee's declaration (Doc. No. 35-1), including Exhibit C.  Belton's proposed Protective Order is attached as Exhibit 1.

As explained in the accompanying memorandum of law and declaration, the Alamo Defendants' allegations in their opposition to Belton's motion for conditional certification of a FLSA collective action and notice to the class against Belton are irrelevant to the current proceeding and are designed to chill participation in this collective action.

Dated:   January 7, 2013                    Respectfully Submitted,

*/s/ Michael J.D. Sweeney*
Michael J.D. Sweeney (NY 2954923)
GETMAN & SWEENEY, PLLC
9 Paradies Lane
New Paltz, NY 12561
Telephone: (845) 255-9370


*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January 2013, I electronically filed the above and foregoing, Motion, including all supporting documents, with the Clerk of Court using the CM/ECF system, which will then send notification of each such filing to the following:

James S. Whitehead
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
jwhitehead@sidley.com

*Attorneys for Defendant State Farm*
*Automobile Insurance Company*

L. Lee Smith
Hinshaw & Culbertson LLP
416 Main St., 6th Floor
Peoria, Illinois 61602
lsmith@hinshawlaw.com

*Attorneys for Defendant Alamo Claim Service,*
*Peter Perrine, Thorin Lee, & David Serfass*

/s/ *Michael Sweeney*
Michael Sweeney (NY 2954923)
GETMAN & SWEENEY, PLLC
9 Paradies Lane
New Paltz, NY 12561
Telephone: (845) 255-9370
Fax: (845) 255-8649
msweeney@getmansweeney.com

*Attorneys for Plaintiffs*